UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

PERRY STELLY                        CIVIL ACTION NO. 17-cv-1178

VERSUS                              JUDGE HICKS

BAKER HUGHES OILFIELD               MAGISTRATE JUDGE HORNSBY
OPERATIONS, LLC, ET AL

**MEMORANDUM ORDER**

Baker Hughes Oilfield Operations, LLC and Comstock Oil & Gas-Louisiana, LLC removed this case based on an assertion of diversity jurisdiction, which puts the burden on them to present specific facts that establish complete diversity of citizenship. The notice of removal alleges that the plaintiff is a citizen of Louisiana. Comstock describes itself as an LLC with one member, a Nevada corporation with a principal place of business in Texas. Baker Hughes describes itself as an LLC with six members. Four of those members are corporations, and the notice of removal provides the state of incorporation and principal place of business for each of them. Two of the members are themselves LLCs. The notice of removal provides only the state of organization and principal place of business for those two member-LLCs.

The citizenship of an LLC is determined by the citizenship of all of its members, with its state of organization or principal place of business being irrelevant. Harvey v. Grey Wolf Drilling Co., 542 F.3d 1077 (5th Cir. 2008). If the members are themselves partnerships, LLCs, corporations or other form of entity, their citizenship must

be alleged in accordance with the rules applicable to that entity, and the citizenship must be traced through however many layers of members or partners there may be. Feaster v. Grey Wolf Drilling Co., 2007 WL 3146363 (W.D. La. 2007). The court has explained the need for such detail in cases such as Burford v. State Line Gathering System, LLC, 2009 WL 2487988 (W.D. La. 2009) and Adams v. Wal-Mart Stores, Inc., 2014 WL 2949404 (W.D. La. 2014).

Defendants will need to file an amended notice of removal by **October 10, 2017** that provides the necessary membership information with respect to Baker Hughes members EHHC NewCo, LLC and CFC Holdings, LLC. This information must be alleged with specificity even when the structure of the entities is complex, as was recently emphasized in Settlement Funding, LLC v. Rapid Settlements, Limited, 851 F.3d 530 (5th Cir. 2017), where four years of litigation in federal court were wasted because the plaintiff did not properly plead citizenship in the district court. The court will set a scheduling conference if the amended notice of removal establishes grounds for subject matter jurisdiction.

THUS DONE AND SIGNED in Shreveport, Louisiana, this 25th day of September, 2017.

Mark L. Hornsby
U.S. Magistrate Judge